

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Jason Pulliam, Justice, not participating in the decision

Appellant John Shull is representing himself in this appeal. On October 17, 2016, Appellant filed a brief that failed to comply with several of the Texas Rules of Appellate Procedure including that it contained more than 30,000 words. *See, e.g.*, TEX. R. APP. P. 9.4(i)(2)(b). On October 25, 2016, we struck Appellant's brief, ordered him to file a brief that fully complied with the Rules, and warned him that if he failed to comply with the Rules and our order, we could strike his amended brief and proceed as if he had failed to file a brief.

On November 7, 2016, Appellant filed an amended brief, but it failed to fully comply with our order and the Rules. Thus, on December 7, 2016, as we had warned Appellant of what we could do, this court struck Appellant's amended brief and dismissed his appeal for want of prosecution.

On December 22, 2016, Appellant filed a document titled "Appellant's Reconsideration Request for Court's Order of 7 Dec 16 Dismissing Case and Other Actions." In his motion, Appellant asks this court to "reverse [the] dismissal action and permit Appellant to submit a

revised 15,000 word brief." We construe Appellant's motion as a motion for rehearing. *See* Tex. R. App. P. 49.1.

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* Tex. R. App. P. 49.3.

It is so **ORDERED** on December 30, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court